UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JAN THOMSEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GEORGIA-PACIFIC CORRUGATED LLC, a Delaware limited liability company, JOSE GARCIA, an individual, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | CIV. NO. 1:15-01506 WBS SAB |

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

After reviewing the parties' Joint Status Report, the court hereby vacates the Status (Pretrial Scheduling) Conference scheduled for January 4, 2016, and makes the following findings and orders without needing to consult with the parties any further.

///

1

## I. SERVICE OF PROCESS

The only remaining defendant in this lawsuit, Georgia-Pacific Corrugated LLC, has been served. No further service is permitted without leave of court, good cause having been shown under Federal Rule of Civil Procedure 16(b).

## II. JOINDER OF PARTIES/AMENDMENTS

No further joinder of parties or amendments to pleadings will be permitted except with leave of court, good cause having been shown under Federal Rule of Civil Procedure 16(b). See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

## III. JURISDICTION/VENUE

Jurisdiction is predicated upon diversity of citizenship, 28 U.S.C. § 1332(a). Venue is undisputed and is hereby found to be proper.

## IV. DISCOVERY

The parties engaged in extensive discovery while this case was pending in Superior Court and agree initial disclosures are not necessary.

The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than January 8, 2016. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before February 1, 2016.

All discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted as to be completed by March 1, 2016. The word

1 "completed" means that all discovery shall have been conducted so
2 that all depositions have been taken and any disputes relevant to
3 discovery shall have been resolved by appropriate order if
4 necessary and, where discovery has been ordered, the order has
5 been obeyed.  All motions to compel discovery must be noticed on
6 the magistrate judge's calendar in accordance with the local
7 rules of this court and so that such motions may be heard (and
8 any resulting orders obeyed) not later than March 1, 2016.

9     V.    <u>MOTION HEARING SCHEDULE</u>

10     All motions, except motions for continuances, temporary
11 restraining orders, or other emergency applications, shall be
12 filed on or before April 4, 2016.  All motions shall be noticed
13 for the next available hearing date.  Counsel are cautioned to
14 refer to the local rules regarding the requirements for noticing
15 and opposing such motions on the court's regularly scheduled law
16 and motion calendar.

17     VI.    <u>FINAL PRETRIAL CONFERENCE</u>

18     The Final Pretrial Conference is set for June 6, 2016,
19 at 1:30 p.m. in Courtroom No. 5.  The conference shall be
20 attended by at least one of the attorneys who will conduct the
21 trial for each of the parties and by any unrepresented parties.

22     Counsel for all parties are to be fully prepared for
23 trial at the time of the Pretrial Conference, with no matters
24 remaining to be accomplished except production of witnesses for
25 oral testimony.  Counsel shall file separate pretrial statements,
26 and are referred to Local Rules 281 and 282 relating to the
27 contents of and time for filing those statements.  In addition to
28 those subjects listed in Local Rule 281(b), the parties are to

1  provide the court with: (1) a plain, concise statement which
2  identifies every non-discovery motion which has been made to the
3  court, and its resolution; (2) a list of the remaining claims as
4  against each defendant; and (3) the estimated number of trial
5  days.
6         In providing the plain, concise statements of
7  undisputed facts and disputed factual issues contemplated by
8  Local Rule 281(b)(3)-(4), the parties shall emphasize the claims
9  that remain at issue, and any remaining affirmatively pled
10 defenses thereto.  If the case is to be tried to a jury, the
11 parties shall also prepare a succinct statement of the case,
12 which is appropriate for the court to read to the jury.
13         VII.   TRIAL SETTING
14         The trial is set for August 9, 2016 at 9:00 a.m.  The
15 parties estimate that a jury trial will last five to ten days.
16         VIII.  SETTLEMENT CONFERENCE
17         A Settlement Conference will be set at the time of the
18 Pretrial Conference.  All parties should be prepared to advise
19 the court whether they will stipulate to the trial judge acting
20 as settlement judge and waive disqualification by virtue thereof.
21         Counsel are instructed to have a principal with full
22 settlement authority present at the Settlement Conference or to
23 be fully authorized to settle the matter on any terms.  At least
24 seven calendar days before the Settlement Conference counsel for
25 each party shall submit a confidential Settlement Conference
26 Statement for review by the settlement judge.  If the settlement
27 judge is not the trial judge, the Settlement Conference
28 Statements shall not be filed and will not otherwise be disclosed

to the trial judge.

### IX. MODIFICATIONS TO SCHEDULING ORDER

Any requests to modify the dates or terms of this Scheduling Order, except requests to change the date of the trial, may be heard and decided by the assigned Magistrate Judge. All requests to change the trial date shall be heard and decided only by the undersigned judge.

Dated:   December 29, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

5