**AMANDA B. WHITTEN - #251160**
**BRYANT WHITTEN, LLP**
8050 North Palm Avenue, Suite 210
Fresno, California 93711
(559) 494-4910 Telephone
(559) 421-0369 Facsimile
Email: amanda@bwlaw.com

Attorneys for Plaintiff, JAN THOMSEN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN THOMSEN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GEORGIA-PACIFIC CORRUGATED LLC,<br><br>　　　　　Defendant. | Case No. 1:15-CV-01506-WBS-SAB<br><br>**PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AND [PROPOSED] ORDER**<br><br>Date　　:　July 5, 2016<br>Time　　:　1:30 p.m.<br>Dept.　　:　5<br>Judge　 :　Hon. William B. Shubb |

  Plaintiff's attorney hereby requests permission to appear telephonically for the Final Pretrial Conference.  The matter is set for hearing on July 5, 2016, at 1:30 p.m., in Courtroom 5.  This request is being made pursuant to the Court's Standing Order:

  1. Plaintiff has pre-existing travel plans and has purchased plane tickets to Kansas where she had planned to spend most of July, including the Fourth of July holiday with family.

  2. Plaintiff's attorney's office is in Fresno, California, which is approximately 165 miles from the court house. Plaintiff will incur travel costs and attorney's fees that could be avoided if his attorney were allowed to appear by phone.

PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALY AND [PROPOSED] ORDER

Case No. 1:15-CV-01506-WBS-SAB

BRYANT WHITTEN, LLP
8050 North Palm Avenue
Suite 210
Fresno, CA 93711
559.494.4910

///

3. Defendant agrees that Plaintiff's attorney should be allowed to appear by phone;

4. Amanda B. Whitten, attorney for Plaintiff, will be appearing; and

5. (559) 494-4913.

Dated: June 2, 2016                              BRYANT WHITTEN, LLP


/s/
_____
AMANDA B. WHITTEN, Attorneys for Plaintiff,
JAN THOMSEN

BRYANT WHITTEN, LLP
8050 North Palm Avenue
Suite 210
Fresno, CA 93711
559.494.4910

**PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AND [PROPOSED] ORDER**   2.   **Case No. 1:15-CV-01506-WBS-SAB**

**ORDER**

Because the final Pretrial Conference is an important part of the process, considered tantamount to the first day of trial, and because of the complexities of this case, both counsel and the court would benefit if the attorneys on both sides appear personally at that conference. The trip from Fresno to Sacramento is not too onerous under the circumstances. The request to appear for the conference by phone is therefore denied. However, because plaintiff's attorney has made preexisting travel plans covering the date presently scheduled for the conference, the court will consider rescheduling the conference for a more convenient date which counsel on both sides will be able to attend personally. Accordingly, counsel shall contact the Clerk and submit suggested alternate dates for the final Pretrial Conference.

IT IS SO ORDERED.

Dated: June 2, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BRYANT WHITTEN, LLP
8050 North Palm Avenue
Suite 210
Fresno, CA 93711
559.494.4910

**PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AND [PROPOSED] ORDER**     3.     Case No. 1:15-CV-01506-WBS-SAB