AMANDA B. WHITTEN - #251160
BRYANT WHITTEN, LLP
8050 North Palm Avenue, Suite 210
Fresno, California 93711
(559) 494-4910 Telephone
(559) 421-0369 Facsimile
Email: amanda@bwlaw.com

Attorneys for Plaintiff, JAN THOMSEN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN THOMSEN,<br><br>        Plaintiff,<br><br>v.<br><br>GEORGIA-PACIFIC CORRUGATED LLC,<br><br>        Defendant. | Case No. 1:15-CV-01506-WBS-SAB<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41 (A)(2) – AND [PROPOSED] ORDER** |

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff, JAN THOMSEN, by and through his attorneys of record, and Defendant, GEORGIA-PACIFIC CORRUGATED LLC, by and through its attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs

Dated: August 3, 2016            BRYANT WHITTEN, LLP

                                 /s/   Amanda B. Whitten
                                 _____
                                 AMANDA B. WHITTEN, Attorneys for Plaintiff,
                                 JAN THOMSEN

STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41 (A)(2) – AND [PROPOSED] ORDER         Case No. 1:15-CV-01506-WBS-SAB

BRYANT WHITTEN, LLP
8050 North Palm Avenue
Suite 210
Fresno, CA 93711
559.494.4910

Dated: August 3, 2016                KILPATRICK TOWNSEND & STOCKTON LLP

/s/   Susan W. Pangborn

---

SUSAN W. PANGBORN or JENNIFER RASILE EVERITT,
Attorneys for Defendants,
GEORGIA-PACIFIC CORRUGATED LLC

**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41 (A)(2) – AND [PROPOSED] ORDER**   2.   **Case No. 1:15-CV-01506-WBS-SAB**

BRYANT WHITTEN, LLP
8050 North Palm Avenue
Suite 210
Fresno, CA 93711
559.494.4910

**ORDER**

TO ALL PARTIES OF RECORD:

Based on the parties' stipulation, the Court hereby orders the above-entiled case dismissed with prejudice per FRCP 41(A)(2).

IT IS SO ORDERED.

Dated: August 3, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41 (A)(2) – AND [PROPOSED] ORDER   3.   Case No. 1:15-CV-01506-WBS-SAB

BRYANT WHITTEN, LLP
8050 North Palm Avenue
Suite 210
Fresno, CA 93711
559.494.4910